USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
ROBERT SIMMONS, :
                      Movant, :
: 16-CV-2055 (VEC)
   -against- :
: ORDER
:
UNITED STATES OF AMERICA, :
:
                     Respondent. :
:
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a bail review hearing is scheduled for March 18, 2020;

    IT IS HEREBY ORDERED that the hearing is adjourned to **March 20, 2020, at 2:00 p.m.** The Court further requests that the Probation Officer be present and prepared to discuss potential residential treatment programs for Mr. Simmons.

**SO ORDERED.**

**Date: March 13, 2020**
**New York, NY**

                      **VALERIE CAPRONI**
                      **United States District Judge**