USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
ROBERT SIMMONS, :
                            Movant, :
: 16-CV-2055 (VEC)
   -against- :
: ORDER
:
UNITED STATES OF AMERICA, :
:
                        Respondent. :
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a bail review hearing is scheduled for March 20, 2020;

    IT IS HEREBY ORDERED that the Probation Officer must notify the Court via letter no later than **March 20, 2020**, whether an appropriate residential drug treatment program has been identified for Mr. Simmons that will accept him, and, if so, propose modifications to Mr. Simmons's terms of supervised release for entry into that program.

    IT IS FURTHER ORDERED that Mr. Simmons will notify the Court not later than **March 27, 2020**, whether he consents to any proposed modification to the terms of his supervised release.

    IT IS FURTHER ORDERED that the bail review hearing is adjourned *sine die*.

**SO ORDERED.**

Date: March 13, 2020                              _____
       New York, NY                                    **VALERIE CAPRONI**
                                                           **United States District Judge**