USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Robert Simmons,

      Defendant.

-------------------------------------------------------X

1: 08-CR-01280 - 1 (VEC)
16-CV-2055

ORDER

Valerie E. Caproni, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include: (1) drug testing & treatment as directed by Pretrial Services; and (2) mental health evaluation & treatment as directed by Pretrial Services. It is furthered ORDERED that Pretrial Services must submit a status report to the Court no later than **June 15, 2020**.

Dated: New York, New York
      March 23, 2020

SO ORDERED:

_____  3/23/2020
Valerie E. Caproni
United States District Judge